**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| ROY BOONE BRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:18-CV-355 (MTT) |
| | ) |
| MIKE HOWELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles Weigle recommends granting the Defendants' motion to dismiss because the Plaintiff (1) failed to file the complaint within the statute of limitations; (2) failed to state a claim upon which relief may be granted; (3) failed to obtain a favorable termination of his criminal prosecution[1] pursuant to *Heck v. Humphrey*, 512 U.S. 477 (1994), before filing his complaint; and (4) failed to bring his suit after the completion of his state criminal case.[2] Doc. 10. The Plaintiff objected to the Recommendation twice by repeating the same factual claims made in his complaint, and the Defendants responded. *Compare* Doc. 8 *with* Docs. 13, 15; Doc. 14. Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objections and the

---

[1] The Plaintiff was advised that, insofar as he seeks habeas relief, he may file a habeas petition pursuant to 28 U.S.C. § 2241. Doc. 10 at 4 n.3.

[2] Pursuant to *Younger v. Harris*, 457 U.S. 423, 431 (1982), the Court cannot "enjoin a state criminal prosecution begun prior to the institution of the federal suit." The Defendants notified the Court in their response that the *Younger* abstention doctrine no longer applies because the Plaintiff has since been convicted in his state criminal case. Doc. 14 at 3. Accordingly, *Heck* applies.

Defendants' response, and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Recommendation (Doc. 10) is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's complaint (Doc. 8) is **DISMISSED without prejudice**.

    **SO ORDERED,** this 24th day of July, 2019.

                                               S/ Marc T. Treadwell
                                               MARC T. TREADWELL, JUDGE
                                               UNITED STATES DISTRICT COURT